UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MOHAMAD FARSI,

                                        No. CV 07-131-PK

              Plaintiff,

        v.                            OPINION AND ORDER

STERLING JEWELERS, INC.,

              Defendant.

**MOSMAN, J.,**

      On May 21, 2007, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (# 21) in the above-captioned case recommending defendants' motion to stay  (#9) be GRANTED.  Plaintiff filed timely objections on June 4, to which defendants responded on June 17.

      The magistrate judge only makes recommendations to the district court, to which any party may file written objections.  The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination.  Where objections have been made, I usually apply *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, where objections are made on non-dispositive pretrial findings I conduct a *clearly erroneous* review. 28 U.S.C. § 636(b)(1)(A).  These objections fall under the latter category.  I am not required to

PAGE 1 - OPINION AND ORDER

review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate

judge as to those portions of the F&R to which no objections are made.  *See Thomas v. Arn*, 474

U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review of plaintiff's objections, I agree with Judge Papak's analysis and

recommendation.  Thus, I ADOPT the F&R as my own opinion.  This action is STAYED

pending arbitration.  Defendant is directed to inform the court whether it is now seeking

dismissal.

IT IS SO ORDERED.

DATED this  9th  day of August, 2007.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER